Fill in this information to identify the case:

United States Bankruptcy Court for the:

Western District of Pennsylvania

Case number (*If known*): _____ Chapter _____ 11

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| 1. **Debtor's name** | Starks Law, PC |
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 84-4481206 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 710 Fifth Avenue | |
| Number        Street | Number        Street |
| Suite 3000 | |
| | P.O. Box |
| Pittsburgh        PA    15219 | |
| City                State    ZIP Code | City                State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Allegheny County | |
| County | Number        Street |
| | |
| | City                State    ZIP Code |

| | |
|---|---|
| 5. **Debtor's website** (URL) | starks.law |
| 6. **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

| Debtor | Starks Law, PC | Case number *(if known)* |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/ .

541110

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
         MM / DD / YYYY

District _____ When _____ Case number _____
         MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

District _____ When _____
         MM / DD / YYYY

Case number, if known _____

| Debtor | Starks Law, PC | Case number (if known) _____ |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____

| Number | Street |
|---|---|

_____

| City | State | ZIP Code |
|---|---|---|

Is the property insured?

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

| Debtor | Starks Law, PC | Case number (if known) |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million

- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/13/2024
MM / DD / YYYY

✖ /s/ Travis Starks
Signature of authorized representative of debtor

Travis Starks
Printed name

Title  President

**18. Signature of attorney**

✖ /s/ Vincent Trott
Signature of attorney for debtor

Date  12/13/2024
MM  / DD / YYYY

Vincent Trott
Printed name

Starks Law, P.C.
Firm name

710 Fifth Avenue Suite 3000
Number      Street

Pittsburgh
City

PA          15219
State      ZIP Code

2676708051
Contact phone

vincent.trott@starks.law
Email address

307545
Bar number

PA
State

Starks Law, PC

Debtor _____    Case number *(if known)*_____
First Name        Middle Name        Last Name

## **Continuation Sheet for Official Form 201**

**4) Debtor's Addresses**
**Business 1700 Market St. Suite 1005**
 **Philadelphia, PA 19103, Philadelphia**
 **County**

**Fill in this information to identify the case:**

Debtor name ___Starks Law, PC_____

United States Bankruptcy Court for the: ___Western District of Pennsylvania___

(State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals            **12/15**

**Part 1:**    **Summary of Assets**

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..........................................................................    $ _____0.00__

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*......................................................................    $ ____263,138.20__

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*........................................................................    $ ____263,138.20__

**Part 2:**    **Summary of Liabilities**

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ................................    $ __1,726,770.81__

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 6a of *Schedule E/F*........................................................    $ ____37,154.94__

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* .................................    +$ ___170,441.36__

4. **Total liabilities** ...............................................................................................................    $ __1,934,367.11__
    Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name ___Starks Law, PC___

United States Bankruptcy Court for the: ___Western District of Pennsylvania___

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Aspire Funding Platform<br>50 Tice Blvd<br>Woodcliff Lake, NJ, 07677 | Bob Greenman<br>bgreenman@aspirefundingplatform.com | Monies Loaned / Advanced | | | | 63,710.92 |
| 2 | First Electronic Bank/Fundbox<br>2150 S 1300 E<br>Suite 400<br>Salt Lake City, UT, 84106 | | Monies Loaned / Advanced | | | | 24,663.94 |
| 3 | American Express<br>PO Box 6031<br>Carol Stream, IL, 60197 | | Credit Card Debt | | | | 21,257.67 |
| 4 | Arena Funding Source LLC<br>1457 Richmond Rd<br>Staten Island, NY, 10304 | legalteam@arenafundingsource.com | Monies Loaned / Advanced | | | | 21,084.00 |
| 5 | Arena Funding Source LLC<br>1457 Richmond Rd<br>Staten Island, NY, 10304 | legalteam@arenafundingsource.com | Monies Loaned / Advanced | | | | 15,325.00 |
| 6 | Quadient Finance USA, Inc<br>PO Box 6813<br>Carol Stream, IL, 60197 | | Postage | | | | 8,658.49 |
| 7 | Bret Lease<br>615 1st Ave, Apt 1028<br>Pittsburgh, PA, 15219 | | Wages, Salaries, Commissions | | | | 7,772.91 |
| 8 | ThisAppearance<br>17850 Fitch Irvine<br>Irvine, PA, 92614 | | Suppliers or Vendors | | | | 7,240.00 |

Debtor  ___Starks Law, PC_____  Case number _(if known)_____
       Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Idea 247, Inc 200 SE 1st St Suite 703 Miami, FL, 33131 | Milord Juste 855-900-7838 mjuste@ideafinancial.com | Monies Loaned / Advanced | | | | 5,655.84 |
| 10 | Fernando Soriano 126 Park Dr Delmont, PA, 15626 | | Wages, Salaries, Commissions | | | | 4,157.68 |
| 11 | Comcast Business PO Box 8587 Philadelphia, PA, 19101-0601 | | | | | | 2,121.45 |
| 12 | Sargent's Court Reporting Service, Inc. 210 Main Street Johnstown, PA, 15901 | | Services | | | | 448.95 |
| 13 | Network Deposition Services Gulf Tower 707 Grant Street Suite 1101 Pittsburgh, PA, 15219 | | Services | | | | 275.10 |
| 14 | TD Bank 1701 Route 70 East Cherry Hill, NJ, 08003 | | Overdrawn Bank Account | | | | 0.00 |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

**Fill in this information to identify the case:**

Debtor name ___Starks Law, PC___

United States Bankruptcy Court for the: ___Western District of Pennsylvania___

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**    $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Wells Fargo | Checking | 2  3  7  6 | $ 3,933.10 |
| 3.2. See continuation sheet | | | $ 1,060.11 |

4. **Other cash equivalents** *(Identify all)*

| 4.1. LawPay Card Processing | $ Unknown |
|---|---|
| 4.2. Stripe Card Processing | $ 31,561.20 |

5. **Total of Part 1**    $ 36,554.41

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2:    Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| 7.1. _____ | $ _____ |
|---|---|
| 7.2. _____ | $ _____ |

Debtor _____Starks Law, PC_____    Case number _(if known)_____
       Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1. _____    $_____

   8.2. _____    $_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.    $_____

---

## Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☑ Yes. Fill in the information below.

    | | | Current value of debtor's interest |
    |---|---|---|

11. **Accounts receivable**

    11a. 90 days old or less:    84,354.49 _____ – 0.00 _____ = ....... ➔    $ 84,354.49 _____
                                 face amount              doubtful or uncollectible accounts

    11b. Over 90 days old:    252,729.30 _____ – 125,000.00 _____ = ....... ➔    $ 127,729.30 _____
                              face amount              doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $ 212,083.79 _____

---

## Part 4:    Investments

13. **Does the debtor own any investments?**

    ☐ No. Go to Part 5.

    ☑ Yes. Fill in the information below.

    | | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1. _____    _____    $_____

    14.2. _____    _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:    % of ownership:

    15.1. GST Realty, LLC _____    100 ____%    _____    $ Unknown _____

    15.2. _____    _____%    _____    $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1. _____    _____    $_____

    16.2. _____    _____    $_____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.    $ 0.00 _____

---

Debtor _____Starks Law, PC_____  Case number (if known)_____
         Name

---

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** <br> _____ | _____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** <br> _____ | _____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** <br> _____ | _____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** <br> _____ | _____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____

24. **Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value _____  Valuation method_____  Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** <br> _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish <br> _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) <br> _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** <br> _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** <br> _____ | $_____ | _____ | $_____ |

---

Debtor    Starks Law, PC
_____    _____
Name    Case number (if known)

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** See continuation sheet | $ 0.00 | | $ Unknown |
| 40. **Office fixtures** | $_____ | | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** See continuation sheet | $ 0.00 | | $ Unknown |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 0.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    Starks Law, PC _____    Case number (if known)_____
              Name

---

### Part 8:    Machinery, equipment, and vehicles

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 2012 Volkswagen Jetta TDI | $_____ | _____ | $ Unknown |
| 47.2 2020 Nissan Rogue | $_____ | _____ | $ 14,500.00 |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>See continuation sheet | $ 76,836.00 | | $ Unknown |

51.  **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$ 14,500.00

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor _____      Case number (if known)_____
      Starks Law, PC
      Name

---

| **Part 9:** | **Real property** |

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 Pittsburgh Office Building | | $ 1,000,000.00 | Appraisal at time of purch | $ Unknown |
| 55.2 | | $ _____ | _____ | $ _____ |
| 55.3 | | $ _____ | _____ | $ _____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| $ 0.00 |
|---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

| **Part 10:** | **Intangibles and intellectual property** |

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $ _____ | _____ | $ _____ |
| 61. **Internet domain names and websites**<br>starks.law | $ _____ | _____ | $ Unknown |
| 62. **Licenses, franchises, and royalties**<br>_____ | $ _____ | _____ | $ _____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>Customer List | $ _____ | _____ | $ Unknown |
| 64. **Other intangibles, or intellectual property**<br>Case Management System - Softwar | $ _____ | _____ | $ Unknown |
| 65. **Goodwill**<br>Starks Law - Name Recognition | $ _____ | _____ | $ Unknown |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| $ 0.00 |
|---|

---

Debtor    Starks Law, PC
_____
Name                                                                      Case number (if known) _____

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No
☑ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 11:    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____    0.00 _____ — 0.00 _____ = ➡    $ 0.00 _____
                           Total face amount     doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    $_____
_____    Tax year _____    $_____
_____    Tax year _____    $_____

73. **Interests in insurance policies or annuities**

_____                           $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

Global One Financial Services
_____                           $ Unknown _____

Nature of claim        Professional Malpractice
                       _____

Amount requested       $ 250,000.00 _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____                           $_____

Nature of claim        _____

Amount requested       $_____

76. **Trusts, equitable or future interests in property**

_____                           $_____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

_____                           $_____
_____                           $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.                  $ 0.00 _____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

Debtor _____    Case number _(if known)_____
      Starks Law, PC
      Name

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** _Copy line 5, Part 1._ | $ 36,554.41 | |
| 81. **Deposits and prepayments.** _Copy line 9, Part 2._ | $ 0.00 | |
| 82. **Accounts receivable.** _Copy line 12, Part 3._ | $ 212,083.79 | |
| 83. **Investments.** _Copy line 17, Part 4._ | $ 0.00 | |
| 84. **Inventory.** _Copy line 23, Part 5._ | $ 0.00 | |
| 85. **Farming and fishing-related assets.** _Copy line 33, Part 6._ | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** _Copy line 43, Part 7._ | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** _Copy line 51, Part 8._ | $ 14,500.00 | |
| 88. **Real property.** _Copy line 56, Part 9._ . ........................................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** _Copy line 66, Part 10._ | $ 0.00 | |
| 90. **All other assets.** _Copy line 78, Part 11._ | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 263,138.20 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .................................................................... $ 263,138.20

| Debtor 1 | | | | | Case number *(if known)*_____ |
|---|---|---|---|---|---|
| | Starks Law, PC | | | | |
| | First Name | Middle Name | Last Name | | |

### Continuation Sheet for Official Form 206 A/B

**3) Checking, savings, money market, or financial brokerage accounts**
**General description Type of account Last 4 digits of account**
**number**
**JP Morgan Chase Checking 7358**
**Balance: 1,057.78**
**TD BANK – IOLTA Trust Checking 9442**
**Account (not property of**
**the debtor, client funds**
**held in trust, balance**
**$16,708.48)**
**Balance: 0.00**
**TD Bank Checking**
**Balance: Unknown**
**TD Bank – Payroll Checking 8416**
**Balance: 2.33**
**39) Office furniture**
**General description Net book value Valuation method Current value**
**27 Desk Chairs Unknown**
**5 Cubicles Unknown**
**10 Tables Unknown**
**15 Filing Cabinets Unknown**
**17 Desks Unknown**
**6 Small Tables Unknown**
**25 Upholstered Unknown**
**charis**
**10 Cabinets Unknown**
**41) Office equipment, including all computer equipment and communication systems equipment**
**and software**
**General description Net book value Valuation method Current value**
**2 Scanners Unknown**
**7 Phones Unknown**
**4 Label Printers Unknown**
**2 Medium Printers Unknown**

| Debtor 1 | Starks Law, PC | Case number (*if known*)_____ |
|---|---|---|
| | First Name      Middle Name      Last Name | |

## Continuation Sheet for Official Form 206 A/B

**8 Computers Unknown**
**Large Printer Unknown**
**3 Shredders Unknown**
**8 Monitors Unknown**
**50) Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
**General description Net book value Valuation method Current value**
**Large Office 8,000.00 Unknown**
**Printer**
**Marketing Suite: 68,836.00 Unknown**
**Envelope Printer,**
**Stuffer & Postage**
**Printer**

**Fill in this information to identify the case:**

Debtor name ___Starks Law, PC___

United States Bankruptcy Court for the: ___Western District of Pennsylvania___

Case number (If known): _____

☐ Check if this is an amended filing

**Official Form 206D**

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1 Creditor's name**
Firstrust Bank

**Creditor's mailing address**
1 Walnut Grove Drive
Horsham, PA 19044

**Creditor's email address, if known**
_____

**Date debt was incurred** 09/01/2022
**Last 4 digits of account number** 7579

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor,
Firstrust Bank, 1st; Small Business Administration, 2nd

**Describe debtor's property that is subject to a lien**
Accounts Receivable, Pittsburgh Office Building, 2020 Nissan Rogue, 2012 Volkswagen Jetta TDI, Large Office Printer

$ 1,000,000.00      $ 226,583.79

**Describe the lien**
Agreement you made, SBA backed mortgag

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2 Creditor's name**
JP Morgan Chase Bank

**Creditor's mailing address**
PO Box 15298
Wilmington, DE 19850

**Creditor's email address, if known**
_____

**Date debt was incurred** _____
**Last 4 digits of account number** 0001

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$62,753.12      $0.00

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.      $ 1,726,770.81

Debtor    Starks Law, PC
_____    Case number _(if known)_ _____
Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.3** Creditor's name
Quadient Leasing
_____

Creditor's mailing address

478 Wheelers Farms Rd
Milford, CT 06461
_____

Creditor's email address, if known

_____

Date debt was incurred _____
Last 4 digits of account
number        4710

Do multiple creditors have an interest in the
same property?
☑ No
☐ Yes. Have you already specified the relative
priority?
  ☐ No. Specify each creditor, including this
      creditor, and its relative priority.

  [                                    ]

  ☐ Yes. The relative priority of creditors is
      specified on lines _____

Describe debtor's property that is subject to a lien

Marketing Suite: Envelope Printer, Stuffer &
Postage Printer

Amount of claim: $34,420.00
Value of collateral: $Unknown

Describe the lien

  Agreement you made

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.4** Creditor's name
Small Business Administration
_____

Creditor's mailing address

14925 Kingsport Rd
Fort Worth, TX 76155
_____

Creditor's email address, if known

_____

Date debt was incurred   08/08/2020
Last 4 digits of account
number        7809

Do multiple creditors have an interest in the
same property?
☐ No
☑ Yes. Have you already specified the relative
priority?
  ☐ No. Specify each creditor, including this
      creditor, and its relative priority.

  [                                    ]

  ☑ Yes. The relative priority of creditors is
      specified on lines  2.1

Describe debtor's property that is subject to a lien

Accounts Receivable, Pittsburgh Office
Building, 2020 Nissan Rogue, 2012
Volkswagen Jetta TDI, Large Office Printer

Amount of claim: $619,000.00
Value of collateral: $226,583.79

Describe the lien

_____

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor _____ Case number _(if known)_ _____
    Name

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.5** Creditor's name

Stripe Servicing, Inc

_____

**Creditor's mailing address**

354 Oyster Point Blvd
_____
South San Francisco, CA 94080
_____

**Creditor's email address, if known**

_____

**Date debt was incurred**  03/19/2024
**Last 4 digits of account number**  _____

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

[  ]

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Accounts Receivable

**Describe the lien**

Agreement you made, Repayment is made a

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$10,597.69      $212,083.79

---

**2.___** Creditor's name

_____

**Creditor's mailing address**

_____
_____

**Creditor's email address, if known**

_____

**Date debt was incurred**  _____
**Last 4 digits of account number**  _____

**Do multiple creditors have an interest in the same property?**

☐ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

[  ]

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____      $_____

---

| Debtor | Starks Law, PC | Case number (if known) |
|---|---|---|
| | Name | |

---

## Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Starks Law, PC |
| United States Bankruptcy Court for the: | Western District of Pennsylvania |
| Case number (If known) | |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
Amber Shaffer
2572 State Route 819
Greensburg, PA 15601

As of the petition filing date, the claim is: $ 439.72    $ 439.72
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
Wages, Salaries, Commissions

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

**2.2** Priority creditor's name and mailing address
Bret Lease
615 1st Ave, Apt 1028
Pittsburgh, PA 15219

As of the petition filing date, the claim is: $ 7,772.91    $ 7,772.91
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
Wages, Salaries, Commissions

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

**2.3** Priority creditor's name and mailing address
Fernando Soriano
126 Park Dr
Delmont, PA 15626

As of the petition filing date, the claim is: $ 4,157.68    $ 4,157.68
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
Wages, Salaries, Commissions

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor _____
        Starks Law, PC
        Name

Case number _____
           (if known)

---

| Part 1. | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.4** Priority creditor's name and mailing address

John Shaffer
2572 State Route 819
Greensburg, PA 15601

$ 8,532.81    $ 8,532.81

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

Basis for the claim:

Wages, Salaries, Commissions

Is the claim subject to offset?
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.5** Priority creditor's name and mailing address

Serena Starks
139 Mapleoak Dr
Caddo Mills, TX 75135

$ 2,783.84    $ 2,783.84

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

Basis for the claim:

Wages, Salaries, Commissions

Is the claim subject to offset?
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.6** Priority creditor's name and mailing address

Tammi Pledger
3631 Lansing Switch Rd
Longview, TX 75602

$ 2,756.23    $ 2,756.23

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

Basis for the claim:

Wages, Salaries, Commissions

Is the claim subject to offset?
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.7** Priority creditor's name and mailing address

Travis Starks
11017 Cobb Creek Ct
Charlotte, NC 28277

$ 1,697.13    $ 1,697.13

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Wages, Salaries, Commissions

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor _____Starks Law, PC_____   Case number _(if known)_ _____
        Name

| Part 1. | Additional Page |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.**⁸  **Priority creditor's name and mailing address**
Vincent Trott
667 Delaware street
Thorofare, NJ 08086

$ 9,014.62        $ 9,014.62

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.___**  **Priority creditor's name and mailing address**

$ _____        $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.___**  **Priority creditor's name and mailing address**

$ _____        $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.___**  **Priority creditor's name and mailing address**

$ _____        $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor _____    Case number _____
    Starks Law, PC
    Name    (if known)

| Part 2: | List All Creditors with **NONPRIORITY** Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

           **Amount of claim**

**3.1** | **Nonpriority creditor's name and mailing address**
American Express
PO Box 6031
Carol Stream, IL 60197

As of the petition filing date, the claim is:    $ 21,257.67
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Credit Card Debt

Date or dates debt was incurred    _____

Last 4 digits of account number    1001

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2** | **Nonpriority creditor's name and mailing address**
Arena Funding Source LLC
1457 Richmond Rd
Staten Island, NY 10304

As of the petition filing date, the claim is:    $ 15,325.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Monies Loaned / Advanced

Date or dates debt was incurred    08/26/2024

Last 4 digits of account number    7113903

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3** | **Nonpriority creditor's name and mailing address**
Arena Funding Source LLC
1457 Richmond Rd
Staten Island, NY 10304

As of the petition filing date, the claim is:    $ 21,084.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Monies Loaned / Advanced

Date or dates debt was incurred    _____

Last 4 digits of account number    7117648

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address**
Aspire Funding Platform
50 Tice Blvd
Woodcliff Lake, NJ 07677

As of the petition filing date, the claim is:    $ 63,710.92
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Monies Loaned / Advanced

Date or dates debt was incurred    08/09/2024

Last 4 digits of account number    2086/BG

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address**
Comcast Business
PO Box 8587
Philadelphia, PA 19101-0601

As of the petition filing date, the claim is:    $ 2,121.45
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    _____

Last 4 digits of account number    708800708

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address**
First Electronic Bank/Fundbox
2150 S 1300 E
Suite 400
Salt Lake City, UT 84106

As of the petition filing date, the claim is:    $ 24,663.94
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Monies Loaned / Advanced

Date or dates debt was incurred    05/24/2024

Last 4 digits of account number    250203

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor _____Starks Law P C_____    Case number *(if known)*_____
        Name

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

---

**3.**⁷  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $ 5,655.84
                                                                    *Check all that apply.*
Idea 247, Inc                                                       ☐ Contingent
200 SE 1st St                                                       ☐ Unliquidated
Suite 703                                                           ☐ Disputed
Miami, FL 33131
                                                                    **Basis for the claim:** Monies Loaned / Advanced

        Date or dates debt was incurred    _____          **Is the claim subject to offset?**
                                                                    ☑ No
        Last 4 digits of account number    ___8859_____             ☐ Yes

---

**3.**⁸  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $ 275.10
                                                                    *Check all that apply.*
Network Deposition Services                                         ☐ Contingent
Gulf Tower 707 Grant Street                                         ☐ Unliquidated
Suite 1101                                                          ☐ Disputed
Pittsburgh, PA 15219
                                                                    **Basis for the claim:** Services

        Date or dates debt was incurred    ___10/11/24___          **Is the claim subject to offset?**
                                                                    ☑ No
        Last 4 digits of account number    _____          ☐ Yes

---

**3.**⁹  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $ 8,658.49
                                                                    *Check all that apply.*
Quadient Finance USA, Inc                                           ☐ Contingent
PO Box 6813                                                         ☐ Unliquidated
Carol Stream, IL 60197                                             ☐ Disputed

                                                                    **Basis for the claim:** Postage

        Date or dates debt was incurred    _____          **Is the claim subject to offset?**
                                                                    ☑ No
        Last 4 digits of account number    ___3232_____             ☐ Yes

---

**3.**¹⁰  **Nonpriority creditor's name and mailing address**         As of the petition filing date, the claim is:          $ 448.95
                                                                    *Check all that apply.*
Sargent's Court Reporting Service, Inc.                             ☐ Contingent
210 Main Street                                                     ☐ Unliquidated
Johnstown, PA 15901                                                ☐ Disputed

                                                                    **Basis for the claim:** Services

        Date or dates debt was incurred    ___03/29/2024___        **Is the claim subject to offset?**
                                                                    ☑ No
        Last 4 digits of account number    _____          ☐ Yes

---

**3.**¹¹  **Nonpriority creditor's name and mailing address**         As of the petition filing date, the claim is:          $ Undetermined
                                                                    *Check all that apply.*
TD Bank                                                             ☐ Contingent
1701 Route 70 East                                                 ☐ Unliquidated
Cherry Hill, NJ 08003                                              ☐ Disputed
                                                                    **Basis for the claim:** Overdrawn Bank Account

        Date or dates debt was incurred    _____          **Is the claim subject to offset?**
                                                                    ☑ No
        Last 4 digits of account number    ___7624_____             ☐ Yes

---

Debtor _____    Case number _(if known)_____
          Starks Law, PC
          Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.** 12  **Nonpriority creditor's name and mailing address**

ThisAppearance
17850 Fitch Irvine
Irvine, PA 92614

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 7,240.00

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred    08/24-12/24

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____

---

**3.** ____  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

**Basis for the claim:**

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number _____

---

**3.** ____  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

**Basis for the claim:**

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number _____

---

**3.** ____  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

**Basis for the claim:**

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number _____

---

**3.** ____  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

**Basis for the claim:**

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number _____

---

Debtor  Sparks Law, LLC
       Name

Case number (if known) _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a.  **Total claims from Part 1** | 5a. | $ 37,154.94 |
| 5b.  **Total claims from Part 2** | 5b.  **+** | $ 170,441.36 |
| 5c.  **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 207,596.30 |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td>Starks Law, PC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Western District of Pennsylvania</td></tr>
<tr><td>Case number (If known):</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors                                        12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2.** In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Travis Starks | 11017 Cobb Creek Ct Charlotte, NC 28277 | American Express | ☐ D ☑ E/F ☐ G |
| 2.2 | Travis Starks | 11017 Cobb Creek Ct Charlotte, NC 28277 | Firstrust Bank | ☑ D ☐ E/F ☐ G |
| 2.3 | Travis Starks | 11017 Cobb Creek Ct Charlotte, NC 28277 | Small Business Administra | ☑ D ☐ E/F ☐ G |
| 2.4 | Travis Starks | 11017 Cobb Creek Ct Charlotte, NC 28277 | Aspire Funding Platform | ☐ D ☑ E/F ☐ G |
| 2.5 | Travis Starks | 11017 Cobb Creek Ct Charlotte, NC 28277 | JP Morgan Chase Bank | ☑ D ☐ E/F ☐ G |
| 2.6 | Travis Starks | 11017 Cobb Creek Ct Charlotte, NC 28277 | Arena Funding Source LL | ☐ D ☑ E/F ☐ G |

| Debtor | Starks Law, PC | |
|---|---|---|
| | Name | Case number *(if known)* |

## ▊ Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.7 | Travis Starks | 11017 Cobb Creek Ct Charlotte, NC 28277 | First Electronic Bank/Fundbox | ☐ D  ☑ E/F  ☐ G |
| 2.8 | Travis Starks | 11017 Cobb Creek Ct Charlotte, NC 28277 | Arena Funding Source LLC | ☐ D  ☑ E/F  ☐ G |
| 2.9 | Travis Starks | 11017 Cobb Creek Ct Charlotte, NC 28277 | Idea 247, Inc | ☐ D  ☑ E/F  ☐ G |
| 2.10 | Travis Starks | 11017 Cobb Creek Ct Charlotte, NC 28277 | Stripe Servicing, Inc | ☑ D  ☐ E/F  ☐ G |
| 2.___ | | | | ☐ D  ☐ E/F  ☐ G |
| 2.___ | | | | ☐ D  ☐ E/F  ☐ G |
| 2.___ | | | | ☐ D  ☐ E/F  ☐ G |
| 2.___ | | | | ☐ D  ☐ E/F  ☐ G |

Fill in this information to identify the case and this filing:

Debtor Name ___Starks Law, PC___

United States Bankruptcy Court for the: ___Western District of Pennsylvania___

Case number (*If known*): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☑ *Schedule H: Codebtors* (Official Form 206H)

- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

- ☐ Amended *Schedule* ____

- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __12/13/2024__                    ✖ /s/ Travis Starks
       MM / DD / YYYY                          Signature of individual signing on behalf of debtor

                                         Travis Starks
                                         Printed name
                                         President
                                         Position or relationship to debtor

Amber Shaffer
2572 State Route 819
Greensburg, PA 15601

American Express
PO Box 6031
Carol Stream, IL 60197

Arena Funding Source LLC
1457 Richmond Rd
Staten Island, NY 10304

Aspire
50 Tice Blvd
Woodcliff Lake, NJ 07677

Aspire Funding Platform
50 Tice Blvd
Woodcliff Lake, NJ 07677

Bret Lease
615 1st Ave, Apt 1028
Pittsburgh, PA 15219

Comcast Business
PO Box 8587
Philadelphia, PA 19101-0601

ExtraSpace Storage
1071 Delsea Dr
Westville, NJ 08093

Fernando Soriano
126 Park Dr
Delmont, PA 15626

First Electronic Bank/Fundbox
2150 S 1300 E
Suite 400
Salt Lake City, UT 84106

Firstrust Bank
1 Walnut Grove Drive
Horsham, PA 19044

Idea 247, Inc
200 SE 1st St
Suite 703
Miami, FL 33131

Internal Revenue Service
Centralized Insolvency Operation
P. O. Box 7346
Philadelphia, PA 19101

John Shaffer
2572 State Route 819
Greensburg, PA 15601

JP Morgan Chase Bank
PO Box 15298
Wilmington, DE 19850

Network Deposition Services
Gulf Tower 707 Grant Street
Suite 1101
Pittsburgh, PA 15219

Quadient Finance USA, Inc
PO Box 6813
Carol Stream, IL 60197

Quadient Leasing
478 Wheelers Farms Rd
Milford, CT 06461

Sargent's Court Reporting Service, Inc.
210 Main Street
Johnstown, PA 15901

Serena Starks
139 Mapleoak Dr
Caddo Mills, TX 75135

Small Business Administration
14925 Kingsport Rd
Fort Worth, TX 76155

Stripe Servicing, Inc
354 Oyster Point Blvd
South San Francisco, CA 94080

Tammi Pledger
3631 Lansing Switch Rd
Longview, TX 75602

TD Bank
1701 Route 70 East
Cherry Hill, NJ 08003

ThisAppearance
17850 Fitch Irvine
Irvine, PA 92614

Travis Starks
11017 Cobb Creek Ct
Charlotte, NC 28277

Vincent Trott
667 Delaware street
Thorofare, NJ 08086

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Starks Law, PC

Case No.

Chapter    11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is
true and correct to the best of their knowledge.

Date:  _____12/13/2024_____

/s/ Travis Starks
_____
Signature of Individual signing on behalf of debtor

President
_____
Position or relationship to debtor

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

Western District of Pennsylvania

**In re** Starks Law, PC

Case No. _____

**Debtor**

Chapter <sup>11</sup> _____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the
    above named debtor(s) and that compensation paid to me within one year before the filing of the
    petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of
    the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

[✔] <u>FLAT FEE</u>

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 0.00 _____

Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . $ 0.00 _____

Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 0.00 _____

[ ] <u>RETAINER</u>

For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . $_____

The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . $_____

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court
approved fees and expenses exceeding the amount of the retainer.

2.  The source of the compensation paid to me was:

    [✔] Debtor          [ ] Other (specify)

3.  The source of compensation to be paid to me is:

    [✔] Debtor          [ ] Other (specify)

4.  [✔] I have not agreed to share the above-disclosed compensation with any other person unless they
    are members and associates of my law firm.

    [ ] I have agreed to share the above-disclosed compensation with a other person or persons who
    are not members or associates of my law firm. A copy of the Agreement, together with a list of the names
    of the people sharing the compensation is attached.

5.  In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the
    bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining
        whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be
        required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any
        adjourned hearings thereof;

B2030 (Form 2030) (12/15)

d.   [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for
payment to me for representation of the debtor(s) in this bankruptcy proceeding.

12/13/2024                            /s/ Vincent Trott, 307545

*Date*                                *Signature of Attorney*

                                      Starks Law, P.C.

                                      *Name of law firm*
                                      710 Fifth Avenue
                                      Suite 3000
                                      Pittsburgh, PA 15219

**United States Bankruptcy Court**

IN RE:                                                          Case No._____

Starks Law, PC
_____ Chapter  _____

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| John Shaffer<br>2572 State Route 819, Greensburg, PA 15601 | 0 | |
| VINCENT G TROTT<br>667 Delaware street, Thorofare, NJ 08086 | 1 | Common stockholder |
| Travis Starks<br>, | 94 | Common stockholder |
| Estate of Noah M. Gladstone<br>, | | |

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF** <u>Pennsylvania - Western</u>

In re <u>Starks Law, PC</u>

Case No. _____

Chapter <u>11</u>

_____
(Debtor(s))

**CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)**

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate

possible disqualification or recusal, the undersigned counsel for <u>Starks Law, PC</u>

in the above captioned action, certifies that the following is a (are) corporation(s), other than the

debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the

corporation(s') equity interests, or states that there are no entities to report under FRBP 7007:

☑ None [check if applicable]

<u>12/13/2024</u>

Date

<u>/s/ Vincent Trott</u>

Statement of attorney or Litigant