UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CASE NO. |
| STARKS LAW, P.C. | 24-23028 JCM |
| | CHAPTER 11 |
| Debtor. | |
| | Doc. No. |

UNITED STATES TRUSTEE,

    MOVANT,

    v.

NO RESPONDENT.

### NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

**James S. Fellin, CPA, CFE**
**The Nottingham Group, LLC**
**6000 Town Center Boulevard, Suite 106**
**Canonsburg, PA 15317**
**Phone:(412) 288-9948**
**Email: jfellin@nottinghamgroup.com**

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

Date: December 16, 2024        ANDREW R. VARA
                                       United States Trustee
                                       Regions 3 and 9

                                  By: */s/ Marta E. Villacorta*
                                       Marta E. Villacorta
                                       Assistant United States Trustee